UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT/ORDER MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 207-A

| | | | |
|---|---|---|---|
| DEFT: | WAYNE GRIFFIES (J)#15621-104 | CASE NO: | 17-6046-SELTZER |
| AUSA: | F. VIAMONTES (S. BEHNKE DUTY AUSA) | ATTY: | |
| USPO: | | VIOL: | 21:USC 841 |
| PROCEEDING: | REPORT RE COUNSEL | RECOMMENDED BOND: | |

BOND/PTD HEARING HELD - yes / no       COUNSEL APPOINTED: *FPD. M. Spivack.*

BOND SET @:       To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.

*X - Present in Court.*

- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.

*Request Court to appoint Counsel. Sworn test.*

- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.

*FPD. M. Spivack.*

- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:

*Request add'l time for PTD Hrg.*

- ☐ Travel extended to:
- ☐ Other:

NEXT COURT APPEARANCE:       DATE:       TIME:       JUDGE:       PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING:    *Thursday 9 10 AM*    ~~TUESDAY FEBRUARY 7 2017 AT 9:30 AM (SELTZER)~~

PRELIM/ARRAIGN OR REMOVAL:    THURSDAY FEBRUARY 16 2017 AT 11 AM (SNOW)

STATUS RE DEPOSITION:

DATE: 02/03/17    TIME: 11:00 AM    FTL/TAPE/# BSS-    Begin DAR: 11:25:13

{10 Mins}